UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:                                    )
                                          )
JENNINGS, KERMIT and                      )        Case No. 08-63055
JENNINGS, PATRICIA                        )
                                          )
                    Debtor(s).            )        Chapter 7
                                          )

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1.    Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2.    Listed below are the names, addresses and amounts due those creditors to who distribution of less than five dollars would have been made if ordered by the Court.

      American InfoSource LP as Agent for
      FIA Card Services, NA/Bank of America
      PO Box 248809
      Oklahoma City, OK 73124-8809

      Amount Due: $4.94

3.    That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: September 30, 2010                 By: /s/ Andrew S. Goldstein

MAGEE GOLDSTEIN
LASKY & SAYERS, PC
ATTORNEYS
P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800
ATTORNEYS AND COUNSELORS AT LAW

Andrew S. Goldstein (VSB #28421)
Magee, Foster, Goldstein & Sayers, PC
P.O. Box 404
Roanoke, VA 24003-0404
(540) 343-9800
(540) 343-9898 (Facsimile)
*Chapter 7 Trustee*